USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   **DEMETRIUS HILL,**                               :

                        **Plaintiff,**    :       **1:17-cv-4070 (ALC)**

              **-against-**             :       **ORDER**

   **WARDEN ESKER TATUM, et al.,**    :
                         **Defendants.**  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Plaintiff's May 29, 2020 letter. As provided in the Court's April 23, 2020 order, Defendants should mail Plaintiff their motion to dismiss papers, all unpublished authorities cited in these papers, and any and all documents identified by BOP after conducting a search for administrative grievances and administrative tort claims that Plaintiff filed with BOP.

**SO ORDERED.**

**Dated:** June 3, 2020
      New York, New York                        **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**