

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 31, 2022

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Hill v. Tatum, et al.*, 17 Civ. 4070 (ALC) (OTW)

Dear Judge Carter:

    This Office represents the individual current and former federal employees (the "Federal Defendants") and the United States of America in the above-referenced action. We have observed that this action appears to be marked on ECF as "closed." *See* Docket Sheet. As the Federal Defendants' motion to dismiss the Second Amended Complaint, Dkt. No. 23, remains *sub judice*, we respectfully request that the Court direct the Clerk of Court to mark this case as "open."

    We thank the Court for its consideration of this matter.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ Charles S. Jacob
    CHARLES S. JACOB
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel: (212) 637-2725
    Fax: (212) 637-2702
    charles.jacob@usdoj.gov

cc: *Pro se* Plaintiff (via U.S. mail)[1]

---

[1] This Office understands that Plaintiff has been released from BOP custody, and is thus mailing a copy of this letter to the address on file possessed by BOP. The docket does not presently reflect that Plaintiff has notified the Court or parties of a new address for himself.