**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DEMETRIUS HILL,

                      Plaintiff,                  17-cv-4070 (ALC) (OTW)

       -against-                         **ORDER**

ESKER L. TATUM, et al.,

                      Defendants.
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 88, wherein Defendants indicate that they have been unsuccessful in reaching *pro se* Plaintiff Demetrius Hill ("Plaintiff") to have the parties' mandatory 26(f) conference before the initial case management conference before this Court on June 4, 2025. (*See* ECF 88). Defendants' letter also indicates that Plaintiff has been released from BOP custody. (*Id.*). Further, the Court notes that Plaintiff's address on the docket is listed as 68133-053, AUSP Thomson, P.O. Box 1001, Thomson, IL 61285, while Defendants' letter indicates they attempted to serve Plaintiff at his "last known address" of 537 Lake Way Drive, West Babylon, NY 11704.

To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties, including pro se parties, must keep the court apprised of any new contact information. *See In Re: Cases Filed by Pro Se Plaintiffs, This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024). It is Plaintiff's obligation to provide an address for service. *Id.* Service of court orders cannot be accomplished if a party does not update the Court when a change of

address occurs. *Id.* Failure to keep the Court updated with his address may result in dismissal of Plaintiff's claims for failure to prosecute. *Id.*

Accordingly, because it appears that Plaintiff has a new address, Plaintiff is directed to file a Notice of Change of Address on the docket by **June 16, 2025.** A Notice of Change of Address form is attached to this order and available at: https://www.nysd.uscourts.gov/forms/notice-change-address. **Plaintiff is on notice that failure to file a Notice of Change of Address by June 16 may result in a recommendation that his case be dismissed for failure to prosecute.**

The June 4, 2025, initial case management conference is hereby **ADJOURNED sine die.**

Defendants are directed to serve a copy of this Order on Plaintiff at his last known address, 537 Lake Way Drive, West Babylon, NY 11704, and file proof of service on the docket by **May 30, 2025**.

The Clerk of Court is respectfully directed to serve a copy of this Order on Plaintiff at his last known address: 537 Lake Way Drive, West Babylon, NY 11704.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: May 19, 2025                                                        **Ona T. Wang**
        New York, New York                              United States Magistrate Judge