UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
DEMETRIUS HILL, :
:
                  Plaintiff, :        17-cv-4070 (ALC) (OTW)
:
       -against- :        **ORDER**
:
ESKER L. TATUM, et al., :
:
                 Defendants. :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 92.

On May 19, 2025, the Court directed *pro se* Plaintiff Demetrius Hill to file a notice of change of address on the docket by June 16, 2025, given his impending release from BOP custody. (ECF 90). On June 9, 2025, Plaintiff filed a letter indicating, among other things, that he has a new address and wishes to proceed with his case expeditiously.

The Clerk of Court is respectfully directed to update Plaintiff's address on the docket as follows: PO Box 220002, Rosedale, New York, 11432.

The parties are directed to meet and confer and file a joint proposed Rule 26(f) report on the docket by July 23, 2025.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: June 12, 2025                                       **Ona T. Wang**
        New York, New York                        United States Magistrate Judge