**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DEMETRIUS HILL,

                  Plaintiff,                17-cv-4070 (ALC) (OTW)

        -against-                   **ORDER**

ESKER L. TATUM, et al.,

                  Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held an initial case management conference on this matter on July 30, 2025.

As **ORDERED** at the July 30 conference:

1) The Defendants' motion to dismiss on the basis of subject matter jurisdiction, and their motion to stay discovery, are due by **September 5, 2025.** Plaintiff's oppositions are due by **September 19, 2025.** Defendants' replies are due by **September 26, 2025.**

2) Discovery is hereby **STAYED** pending the resolution of Defendants' motion to stay discovery.

3) The parties are directed to meet and confer regarding settlement.

4) Plaintiff is directed to sign up for email ECF notifications.

5) Defendants are directed to produce the documents that Plaintiff requested at the July 30 conference.

Defendants are directed to provide a copy of this Order to Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: July 31, 2025<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |