**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 DEMETRIUS HILL,

                                   Plaintiff,

         -against-                                     17 **CIVIL** 4070 (ALC)

                                                     **JUDGMENT**

ESKER L. TATUM, et al.,

                                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 24, 2026, Plaintiffs motion for reconsideration is DENIED, and the Government's motion to dismiss the remaining claims is GRANTED. Plaintiff's claims are hereby DISMISSED without prejudice. See Katz v. Donna Karan Co., L.L.C., 872 F.3d 114, 121 (2d. Cir. 2017) (acknowledging that where a case is dismissed for lack of subject matter jurisdiction, it must be dismissed without prejudice). No claims remain. Accordingly, the case is closed.

**Dated:** New York, New York

       March 25, 2026

                                                 **TAMMI M. HELLWIG**

                                                  **Clerk of Court**

                     **BY:**

                                                  **Deputy Clerk**