USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/2/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**DEMETRIUS HILL,**

**Plaintiff,**

**-against-**

**UNITED STATES OF AMERICA,**

**Defendant.**

---

**1:17-cv-04070 (ALC)**

**ORDER OF REFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 1, 2026, Plaintiff filed a motion to alter or amend the judgment as well as a motion for reconsideration. *See* ECF Nos. 124, 125. Defendants are ordered to respond by **April 23, 2026.** Plaintiff may file a reply if any by **May 7, 2026.**

**SO ORDERED.**

**Dated:    April 2, 2026**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**